# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BENFORD<br><br>PLAINTIFF(S)<br><br>v.<br><br>ZEPHYR COFFEE HOUSE , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24–cv–02884–RGK–MAR<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 7/16/2024 | / | 28 | / | NOTICE of Voluntary Dismissal |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| __ | / | __ | / | __ |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

Other:
Stipulation of the parties required. Appearance made by defendant/s.

Dated: July 17, 2024            By: /s/ *R. Gary Klausner*
                                     U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)    ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)